149 A.3d 550

**DOE, John**

v.

**STATE of Maryland, et al.**

**Pet. Docket No. 351, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 1445, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

149 A.3d 550

**DULLEH, Awa**

v.

**STATE of Maryland**

**Pet. Docket No. 306, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 294, Sept. Term, 2015).

Petition for writ of certiorari dismissed.